# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen R Shaneberger and Keri A Shaneberger <br> <u>Debtor(s)</u> | BKY. NO. 12-06415 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6532

                                       Respectfully submitted,

                                       <u>**/s/ Thomas Puleo**</u>
                                       Thomas Puleo, Esquire
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406
                                       Attorney for Movant/Applicant