Certificate Number: 15317-PAM-DE-030347560

Bankruptcy Case Number: 12-06415



15317-PAM-DE-030347560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2017, at 3:23 o'clock PM PST, Keri A Shaneberger completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 26, 2017

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor