UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   STEPHEN R. SHANEBERGER   :   Chapter 13
       KERI A. SHANEBERGER   :   No. 5 12-06415

## DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE

We, Stephen R. Shaneberger and Keri A. Shaneberger, Upon our oath according to law, hereby certify as follows:

1. My current address is:
   473 Pheasant Rd, Saylorsburg, PA 18353

2. The name and address of my current employer is:
   Stephen – Colonial Intermediate Unit 20, Easton, PA
   Keri – St. Luke's Hospital, Bethlehem, PA

3. __X__ I am not required to pay any Domestic Support Obligations,

Or

____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification.

4. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby swear or affirm under penalty of perjury under United States laws that the foregoing statements made by me are true and correct (28U.S.C. Section 1746; 18 U.S.C. Section 1621.)

DATED: 12/22/17   BY: _____
                           Stephen R. Shaneberger, Debtor

                       BY: _____
                           Keri A. Shaneberger, Debtor