```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 12-06415-JJT
Stephen R Shaneberger                                         Chapter 13
Keri A Shaneberger
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman           Page 1 of 1           Date Rcvd: Feb 13, 2018
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.
db/jdb        +Stephen R Shaneberger,   Keri A Shaneberger,   473 Pheasant Rd,   Saylorsburg, PA 18353-8034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David A. Martino    on behalf of Debtor 2 Keri A Shaneberger zimaka@ptd.net, zmkre@ptd.net
              David A. Martino    on behalf of Debtor 1 Stephen R Shaneberger zimaka@ptd.net, zmkre@ptd.net
              Joshua I Goldman    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master
               Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Steven P. Kelly    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF8 Master
               Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Stephen R Shaneberger<br>473 Pheasant Rd<br>Saylorsburg, PA 18353 | Chapter 13<br>Case No. 5:12−bk−06415−JJT |
| Keri A Shaneberger<br>473 Pheasant Rd<br>Saylorsburg, PA 18353 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0470
xxx−xx−0748

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 13, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk